R. Brent Wisner, Esq, (SBN 276023)
rbwisner@wisnerbaum.com
Stephanie B. Sherman, Esq. (SBN 338390)
ssherman@wisnerbaum.com
WISNER BAUM, L.L.P
11111 Santa Monica Boulevard, Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiff Chinyere Harris*

Paul S. Chan - State Bar No. 183406
Ashley D. Bowman - State Bar No. 286099
Abraham Rejwan - State Bar No. 335927
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd FlooR
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Genomma Lab Usa, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHINYERE HARRIS,<br><br>          Plaintiff,<br><br>     vs.<br><br>GENOMMA LAB USA, INC. and DOES 1 to 50, Inclusive,<br><br>          Defendant. | CASE NO. 1:24-CV-00289-JLT-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND RESPONSE DEADLINE TO COMPLAINT**<br><br>Assigned to Hon. Jennifer L. Thurston |

## JOINT STIPULATION

Plaintiff Chinyere Harris, and Defendant Genomma Lab USA, Inc. (collectively, "the Parties") by and through their respective counsel of record, hereby stipulate to extend the deadline for Defendant's response to Plaintiff's Complaint and agree as follows:

WHEREAS, Plaintiff served Defendant on March 20, 2024 with the Complaint and Summons;

WHEREAS, based on a prior informal stipulation between the Parties, the response to Plaintiff's Complaint is currently due on May 10, 2024;

WHEREAS, the Parties have agreed to a fourteen (14) day extension of Defendant's time to respond to the Complaint pursuant to Eastern District of California Local Rule 144(a);

NOW, THEREFORE, the Parties, through their respective counsel of record hereby stipulate and agree that Defendant's deadline to respond to Plaintiff's Complaint shall be extended to **May 24, 2024**, and that related deadlines shall be continued accordingly.

IT IS SO STIPULATED.

DATED: May 6, 2024

R. Brent Wisner, Esq,
Stephanie B. Sherman, Esq.
WISNER BAUM, L.L.P
By: /s/ *Stephanie B. Sherman*
Stephanie B. Sherman
Attorneys for Plaintiff Chinyere Harris

DATED: May 6, 2024

Paul S. Chan
Ashley D. Bowman
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP

By: /s/ Ashley D. Bowman
Ashley D. Bowman
Attorneys for Defendant Genomma Lab USA, Inc.

## ORDER

The Court, having considered the Parties' Joint Stipulation to Extend Response Deadline to the Complaint (Doc. 7), and finding that good cause exists, hereby ORDERS as follows:

Defendant's deadline to respond to Plaintiff's Complaint shall be extended to May 24, 2024, and related deadlines shall be continued accordingly.

IT IS SO ORDERED.

Dated: **May 7, 2024**                           /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE