R. Brent Wisner, Esq. (SBN 276023)
rbwisner@wisnerbaum.com
Stephanie B. Sherman, Esq. (SBN 338390)
ssherman@wisnerbaum.com
WISNER BAUM, L.L.P
11111 Santa Monica Boulevard, Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiff Chinyere Harris*

Paul S. Chan (SBN 183406)
pchan@birdmarella.com
Ashley D. Bowman (SBN 286099)
abowman@birdmarella.com
Abraham Rejwan (SBN 335927)
arejwan@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel: (310) 201-2100
Fax: (310) 201-2110

*Attorneys for Defendant Genomma Lab USA, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINYERE HARRIS, <br><br> PLAINTIFF, <br><br> vs. <br><br> GENOMMA LAB USA, INC., <br><br> DEFENDANT. | CASE NO. 1:24-CV-00289-JLT-SKO <br><br> **ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND RESPONSE DEADLINE TO COMPLAINT** |

Plaintiff Chinyere Harris, and Defendant Genomma Lab USA, Inc. (collectively, "the Parties") by and through their respective counsel of record, hereby stipulate to extend the deadline for Defendant's response to Plaintiff's Complaint and agree as follows:

WHEREAS, Plaintiff served Defendant on March 20, 2024 with the Complaint and Summons;

WHEREAS, based on a prior stipulation between the Parties, the response to Plaintiff's

Complaint is currently due on May 24, 2024;

    WHEREAS, the Parties are currently engaging in discussions to explore potential resolutions of Plaintiff's claims;

    WHEREAS, Plaintiff's Counsel has 11 BPO putative class action cases in California and Hawaii and is preparing to file Plaintiff's Motion for Transfer of Actions for Coordinated Pretrial Proceedings of all currently filed BPO putative class actions, as well as any subsequently filed cases involving similar facts or claims;

    WHEREAS, the Parties have agreed to a sixty (60) day extension of Defendant's time to respond to the Complaint;

    NOW, THEREFORE, the Parties, through their respective counsel of record hereby stipulate and agree that Defendant's deadline to respond to Plaintiff's Complaint shall be extended to July 23, 2024, and that related deadlines shall be continued accordingly.

    IT IS SO STIPULATED.

DATED: May 20, 2024

R. Brent Wisner, Esq,
Stephanie B. Sherman, Esq.
WISNER BAUM, L.L.P
By: /s/ Stephanie B. Sherman
Stephanie B. Sherman
Attorneys for Plaintiff Chinyere Harris

DATED: May 20, 2024

Paul S. Chan
Ashley D. Bowman
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
By: /s/ Ashley D. Bowman
Ashley D. Bowman
Attorneys for Defendant
Genomma Lab USA, Inc.

**ORDER**

The Court, having considered the Parties' Second Joint Stipulation (Doc. 9), and finding that good cause exists, hereby ORDERS as follows: Defendant's deadline to respond to Plaintiff's Complaint shall be extended to July 23, 2024, and that related deadlines shall be continued accordingly.

IT IS SO ORDERED.

Dated:   **May 23, 2024**                          /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE