# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINYERE HARRIS on behalf of herself, and all others similarly situated, and the general public,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GENOMMA LAB USA, INC. and DOES 1 to 50, Inclusive,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:24-cv-00289-JLT-SKO<br><br>**ORDER GRANTING JOINT STIPULATION FOR LIMITED STAY**<br><br>**(Doc. 13)**<br><br>*[Stipulation for a Stay of Case filed concurrently]*<br><br>Magistrate Judge: Sheila K. Oberto<br>District Judge: Jennifer L. Thurston<br><br>Complaint Filed: March 8, 2024<br>Complaint Served: March 20, 2024<br>Current Response Date: July 23, 2024 |

## ORDER

The Court, having considered the Parties' Joint Stipulation to Limited Stay and extension of Defendant's deadline to respond to the Complaint (Doc. 13), and with good cause shown, orders that the above-captioned matter is stayed, and Defendant's deadline to respond to the Complaint be extended until 30 days after a ruling on Plaintiff's MDL Motion.

Plaintiff SHALL notify the Court within two (2) days of receipt of a ruling on their MDL Motion.

IT IS SO ORDERED.

Dated:   **June 17, 2024**           /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE