# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINYERE HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>GENOMMA LAB USA, INC.,<br><br>    Defendant. | Case No.  1:24-cv-00289-JLT-SAB<br><br>ORDER GRANTING THIRD JOINT STIPULATION TO EXTEND RESPONSE DEADLINE TO COMPLAIN<br><br>(ECF No. 19)<br><br>DEADLINE: OCTOBER 7, 2024 |

On August 23, 2024, an order issued lifting the stay of this action on August 30, 2024, and requiring Defendant to file a response to the complaint on or before September 6, 2024. (ECF No. 17.)  On this same date, the parties filed a stipulation to extend time for a response to the complaint to be filed until October 7, 2024, so they can continue to engage in efforts to reach settlement of Plaintiff's claims.  (ECF No. 19.)

Accordingly, IT IS HEREBY ORDERED that:

1. The third joint stipulation to extend response deadline to complaint is GRANTED;
2. Defendant shall file a response to the complaint on or before **October 7, 2024**; and
3. The parties are advised that any further requests for an extension of time to respond to the complaint will be required to demonstrate a specific showing of good cause for the requested extension.

IT IS SO ORDERED.

Dated:   **August 23, 2024**

UNITED STATES MAGISTRATE JUDGE

1