# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINYERE HARRIS,<br><br>　　　　PLAINTIFF,<br><br>　vs.<br><br>GENOMMA LAB USA, INC.,<br><br>　　　　DEFENDANT. | CASE No. 1:24-cv-00289-JLT-SAB<br><br>ORDER GRANTING FOURTH JOINT STIPULATION TO EXTEND RESPONSE DEADLINE TO COMPLAINT<br><br>(ECF No. 21)<br><br>DEADLINE: November 7, 2024 |

On October 4, 2024, the parties in this action filed a fourth joint stipulation to extend time for Defendant Genomma Lab USA, Inc. to respond to the complaint as they are continuing to discuss a potential resolution of Plaintiff's claims. (ECF No. 21.)

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiff's complaint on or before November 7, 2024.

IT IS SO ORDERED.

Dated: __October 4, 2024__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE